

09-CR-05089-ORD

Judge Bryan

FILED
RECEIVED
LODGED
MAR - 6 2009
WESTERN CLERK U.S. DISTRICT COURT
DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

KRYSTOF W. MACBRYGHDE,

        Defendant.

NO.   CR09-5089RJM

PROTECTIVE ORDER

This matter, having come to the Court's attention on the United States's Motion for Entry of Discovery Protective Order, and the Court, having considered the government's motion, and the entirety of the record and being fully advised in this matter, the Court hereby enters the following:

1.    **Permissible Disclosure of Protected Material.**

The United States will make available copies of the Protected Material to defense counsel to comply with the government's discovery obligations. Possession of copies of the Protected Material is limited to the attorney of record, and investigators, paralegals, law clerks, experts and assistants for the attorney of record (hereinafter collectively referred to as "members of the defense team"). The Protected Material in this matter is a DVD of the audio and video recording of the interview of W.M..

The defense team may share and review the Protected Material with their respective defendant client. The attorney of record and members of the defense team acknowledge that providing copies of the Protected Material to the defendant and other

PROTECTIVE ORDER/MACBRYGHDE— 1
CR09-5089RJB

persons is prohibited, and agree not to duplicate or provide copies of the Protected
Material to defendant and other persons.

Any violation of these prohibitions constitutes a violation of the Protective Order.
Further, the attorney of record are required, prior to disseminating any copies of the
Protected Material to members of the defense team, to provide a copy of this Protective
Order to members of the defense team, and obtain written consent by members of the
defense team of their acknowledgment to be bound by the terms and conditions of this
Protective Order. The written consent need not be disclosed or produced to the United
States unless requested by the Assistant United States Attorney and ordered by the Court.

**2.      Filing**

Any Protected Material that is filed with the court in connection with pre-trial
motions, trial, or other matter before this Court, shall be filed under seal and shall remain
sealed until otherwise ordered by this Court.

**3.      Nontermination**

The provisions of this Order shall not terminate at the conclusion of this
prosecution.

**4.      Violation of Any Terms of this Order**

Any violation of any term or condition of this Order by the defendant, their
attorney of record, any member of the defense team, or any attorney for the United States
Attorney's Office for the Western District of Washington, may be held in contempt of
court, and/or may be subject to monetary or other sanctions as deemed appropriate by this
Court.

\\

\\

\\

\\

\\

\\

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

## 5.   Defendant's Right to Contest Protection Order

The defendant maintains the right to contest the protection order at any time.

DATED this _6_ day of _March_, 2009.

_Robert J. Bryan_
ROBERT J. BRYAN
United States District Court Judge

Presented by:

_Bruce F. Miyake_
BRUCE F. MIYAKE
Assistant United States Attorney

_Gary M. Clower_
GARY M. CLOWER
Attorney for Krystoff MacBryghde

PROTECTIVE ORDER/MACBRYGHDE— 3
CR09-5089RJB

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970