Judge Bryan

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| STATE OF WASHINGTON | |
|---|---|
| Plaintiff | NO.: CR09-5089RJB |
| v. | ORDER GRANTING MOTION RE: PRETRIAL RELEASE |
| KRYSTOF MACBRYGHDE | |
| Defendant | |

The Court having reviewed the motion by the Defendant to retrieve personal belongings from the family home under the supervision of Pretrial Services, and having reviewed the records and files herein enters the following order:

IT IS HEREBY ORDERED that THE Defendant shall be permitted to go to the family residence to retrieve items of personal property. Pretrial services shall dictate the time and conditions under which this order may be accomplished.

DATED this 30th day of December 2009.

_____
ROBERT J. BRYAN
United States District Court Judge

ORDER GRANTING MOTION RE: PRETRIAL RELEASE
Page 1 of 2

GARY M. CLOWER
ATTORNEY AT LAW
1105 TACOMA AVENUE SOUTH
TACOMA, WASHINGTON 98402
(253) 383-5346
FAX: (253) 572-6662

Presented by:

/s/   Gary Clower
GARY CLOWER
Attorney for Krystof MacBryghde



Approved as to Form;
Notice of Presentment waived:



/s/ Bruce Miyake
BRUCE F. MIYAKE
Assistant United States Attorney

ORDER GRANTING MOTION RE: PRETRIAL RELEASE
Page 2 of 2

Gary M. Clower
Attorney at Law
1105 Tacoma Avenue South
Tacoma, Washington 98402
(253) 383-5346
Fax: (253) 572-6662